UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.   CASE NO. 8:13-CR-242-T-17AEP

TAMESHIA ROBERSON.

_____/

ORDER

Dkt. 118   Motion for Reconsideration 18 U.S.C. Sec. 3742 Post Sentencing Rehabilitation Programming

Defendant Tameshia Roberson, pro se, requests a reduction of sentence pursuant to 18 U.S.C. Sec. 3742(e) post sentencing rehabilitation. Defendant Roberson relies on Pepper v. United States, 131 S.Ct. 1229 (2011).

In Pepper v. United States, 131 S.Ct. 1229 (2011), the United States Supreme Court held that when a defendant's sentence has been set aside on appeal, a district court at resentencing may consider evidence of the defendant's post-sentencing rehabilitation, and such evidence may, in appropriate cases, support a downward variance from the now-advisory federal Sentencing Guidelines range.

Defendant Tameshia Roberson entered into a Plea Agreement which contains an appeal waiver, except on limited grounds. (Dkt. 59, p. 15). Defendant Roberson was sentenced on April 4, 2014. (Dkts. 87, 94). Defendant Roberson filed a Sec. 2255 petition on February 12, 2015. (Dkts. 106, 107, 108). Defendant Roberson's Sec. 2255 petition was denied. (Dkt. 113). Defendant Roberson filed a Notice of Appeal on July 29, 2016.

Defendant Roberson's sentence has not been set aside on appeal. Defendant Roberson's Sec. 2255 petition was denied. The Government has not filed a motion to

CASE No. 8:13-CR-242-T-17AEP

reduce Defendant Roberson's sentence pursuant to Fed. R. Crim. P. 35. The Court does not have jurisdiction to reconsider and reduce Defendant Roberson's sentence. Accordingly, it is

**ORDERED** that Defendant Roberson's Motion for Reconsideration 18 U.S.C. Sec. 3742(e) Post Sentencing Rehabilitation (Dkt. 118) is **denied**. The Clerk of Court shall provide a copy of this Order to pro se Defendant Tameshia Roberson via U.S. Mail.

**DONE and ORDERED** in Chambers in Tampa, Florida on this ___ day of September, 2016.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record

Tameshia Roberson
58612-018
Aliceville Satellite Prison Camp
P. O. Box 487
Aliceville, AL   35442